IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FIDEL AVILA-SOTELO,<br><br>    Defendant. | § § § § § § § § § § §     2:23-CR-42-Z-BR-(1) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

On June 20, 2023, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Fidel Avila-Sotelo filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Fidel Avila-Sotelo was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Fidel Avila-Sotelo; and ADJUDGES Defendant Fidel Avila-Sotelo guilty of Count One in violation of 8 U.S.C. §§ 1326(a) and 6 U.S.C. §§ 202(3), 202(4), and 557. Sentence will be imposed in accordance with the Court's sentencing scheduling order.

SO ORDERED, July _11_, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE